UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MUNOZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEXAS ROADHOUSE OF BAKERSFIELD, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:24-cv-00618-CDB<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE RE SUPPLEMENTAL JURISDICTION**<br><br>(Doc. 6) |

　　　　On May 24, 2024, Plaintiff Ramon Munoz initiated this action against Defendants Texas Roadhouse of Bakersfield, LLC, and GS Portfolio Holdings, LLC.  (Doc. 1.)  In his complaint, Plaintiff asserts claims for injunctive relief and attorneys' fees under the Americans with Disabilities Act of 1990 ("ADA") and a claim for statutory damages and attorneys' fees under California's Unruh Civil Rights Act ("Unruh Act"), California Civil Code §§ 51-53.  (*Id.*).

　　　　On May 30, 2024, the Court issued an order requiring Plaintiff to show cause as to why the Court should not decline to exercise supplemental jurisdiction over his State law claims.  (Doc. 6).  Presently before the Court is Plaintiff's response (Doc. 7) to the Court's order to show cause.  Having considered Plaintiff's response and the Court's file, the undersigned finds this matter suitable for decision without oral argument.  *See* Local Rule 230(g).

　　　　Based on Plaintiff's attestation to facts demonstrating preliminarily he satisfies the heightened pleading requirements under Cal. Civ. Code § 425.50(a) and does not meet the

definition of "high-frequency litigant" under Cal. Civ. Code § 425.55(b), the undersigned will not recommend that the Court decline to exercise supplemental jurisdiction over Plaintiff's Unruh Act claim and dismiss the claim.

For good cause shown in Plaintiff's timely response, the Court's May 30 Order to Show Cause (Doc. 6) is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**June 14, 2024**__   _____
UNITED STATES MAGISTRATE JUDGE